Aug 5, 2026

FILED 10 AUG '26 10:20 USDC-ORP

Krestina Aziz

2067 SW 34th St

Gresham Oregon, 97080

9712857282

*Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KRESTINA AZIZ,

Plaintiff,

v.

ARCADIS U.S. INC. (including its predecessors and acquired entities such as DPS Group) also referred to as ARCADIS ARCHITECTS, ENGINEERS AND LANDSCAPE ARCHITECTS, a NY General Partnership; INTEL CORPORATION; DOES 1-10,

Defendants.

Case No.: 3:26-cv-01614-JR

**PLAINTIFF'S MOTION TO SEAL SENSITIVE INFORMATION & FILE CASE UNDER PSEUDONAME**

Dear Clerk staff & Honored Judge,

BACKGROUND

Plaintiffs Statement of her claim reads, in its entirety:

I filed a complaint regarding multiple sensitive encounters. One of these I refrain from calling "sexual harassment" out of the fear of being shamed or blamed so I call it "retaliation for refusing to give a coworker my phone". I also was called evil by an intel employee who was in a higher, boss-like, position compared to me. That same person also shared images of guns and said "We beat you in 5 days" and discussed his dissatisfaction wish Hamas...

I was also told by my DPS boss that "You have anxiety" after I reported odors at the site and right before he walked me to my car to leave my job/role for good. Matters of sexuality, mental health and physical health are sensitive and highly personal.

I also am currently running for a local public office. I am very careful about what information I share publicaly. I recently received comments saying "This country was made by Europeans for Europeans" and "If you weren't born here you shouldn't even run for public office". These comments, especially in light of recent violent attacks of politicians homes and other physical and verbal attacks incidents on candidates have led me to be extra cautious about informing, even my potential voters, where I will be when.

I do like attenting meetings in person and if hearing are scheduled for this case I do prefer to come in person and talk in person, and I don't want people who think "this country was made by Europeans for Europeans" AND think I shouldn't be running for office because I wasn't born here – I don't want them to know where I am going to be on a hearing date or where I live. The oponents decision to move this hearing to the Federal court has reduced my sense of risk mitigation... Please see this attached image (exhibit 1) showing how easy it is for anyone with google access to locate my home address. I tried my best, reached out to the website, reached out to google. I am stuck and need your help.

ECF No. 1.

# DISCUSSION

1. Motion to Proceed Under Pseudonym

A Plaintiffs use of a pseudonym "runs afoul of the public's common law right of access to judicial proceedings, and Fed. R. Civ. P. IO(a)'s command that the title of every complaint include the names of all the palties." Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1067 (9th Cir. 2000). However, a Plaintiff may proceed pseudonymously "when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature[.]" Id. at 1068 (quotation marks and citation removed). A pseudonym would help shield me from shame associated with coming forward about sexual harassment. It would also help keep my health information as private as possible. I don't see how it is important for the public to know that I specifically am the one who filled these allegations.

2. Motion to seal and/or segregate sensitive information

Your honor, there is no need for the public to know where the plaintiff resides. Not to the level of that specificity. Please consider the background of my situation and the real exposure to harm having my home address not redacted or sealed puts me in.

Exhibit 1.




Ex. 2 attached

Additional exhibits may be provided upon request. Due to the urgency of the matter and desire to protect privacy as soon as possible and plaintiff being pro se, please consider the attempt to get this thru to your honor as fast as possible, especially with plaintiff not being available tomorrow, Friday August 7th... Plaintiff is emailing a copy of this file before mailing a copy to the court as such a request cannot be filled electronically. Please also seal this request due to the same reasons of sensitivity and highly personal incidents mentioned and due to the fact that the address itself is also in this filing.

Thank you,

Krestina Aziz

Aug. 6, 2026

Re: Please redact or remove address from your record

From: PacerMonitor Customer Support (support@pacermonitor.com)
To: krestina.aziz@yahoo.com
Date: Thursday, August 6, 2026 at 08:47 AM PDT

Hello

We can only remove from our database present a sealing order. If you have documentation of sealing, please forward that over for reconsideration. The no-index tag I applied instructs search engines to stop crawling the case but as said prior, they can take up to 2 weeks after we place the request.

Thanks

Parth
Client Support Specialist
www.pacermonitor.com

How would you rate my reply?
Great Okay Not Good

On Thu, Aug 6, 2026 at 3:28 PM UTC, Krestina Aziz <krestina.aziz@yahoo.com> wrote:

It looks like google is saying that the website link is still active. On your end what you changed is JUST the content of the site but the site itself still exists so google can't do anything about it. Are you able to delete that link/page from you site altogether??
https://www.pacermonitor.com/public/case/36050432/Aziz_v_Arcadia_US,_Inc

Please note, this is an urgent safety concern.

Best Regards,

Krestina Aziz

On Thu, Aug 6, 2026 at 3:13 PM UTC, PacerMonitor Customer Support <support@pacermonitor.com> wrote
Hello

Search engines can take up to 2 weeks after we place the request, which is why you received the error. For updated status, you are more then welcome to reach out to the search engines directly but please give it additional time

Thanks

Parth
Client Support Specialist
www.pacermonitor.com
On Thu, Aug 6, 2026 at 3:11 PM UTC, Krestina Aziz <krestina.aziz@yahoo.com> wrote

I got this from the search engine :(

search.google.com/search-console/remove-outdated-content

Google Search Console

Send feedba

# Request a refresh of outdated content in Google Search

Guidelines

- This tool works only for pages or images that have already been modified or removed from the web.
- To remove personal information or content with legal issues that still exist on a page, submit a legal request instead.
- Read this doc for more information

If you're the site owner for this page, you can use the Removals tool instead. It is faster and doesn't require approval.

New request

## Refresh requests

PAGE

https://www.pacermonitor.com/public/case/66050482/Aziz_v_Arcadis_US,_Inc

Denied: Page not removed Requested: Aug 6, 2026

You requested that a non-functional page be removed from search results, but the page still exists, and is accessible by Google. Requests to the Remove Outdated Content tool can succeed only when the page is no longer available

© 2026 Google LLC · Webn y · Search Console Help

64°F
Sunny
Search

On Thu, Aug 6, 2026 at 2:56 PM UTC, PacerMonitor Customer Support <support@pacermonitor.com> wrote:
Hello Krestina

I have gone ahead and placed a "no index" instruction on this case. Once the instruction is implemented by the search engines, this case will be prevented from showing up in public search results accessing PacerMonitor. Since we have no control over how long it takes for the search engines to implement this change, I recommend contacting the search engines directly for more information.

Please note, however, that even after a "no index" instruction is placed on a case, that case, and the information within it, remains publicly available through the Public Access to Court Electronic Records (PACER) service of the U.S. Courts. PacerMonitor does not own, or in any way control, the PACER service. PACER is a database maintained by the Administrative Office of the U.S. Courts.

Please let me know if there's anything else I can do to help.

Parth
Client Support Specialist
www.pacermonitor.com
On Thu, Aug 6, 2026 at 2:53 PM UTC, Krestina Aziz <krestina.aziz@yahoo.com> wrote:
Okay, thank you for the information!
would you please remove this one as well?
https://www.pacermonitor.com/public/case/59802589/Aziz_v_Intel_Corporation_et_al

On Thu, Aug 6, 2026 at 2:42 PM UTC, PacerMonitor Customer Support <support@pacermonitor.com> wrote:
Hello Krestina

I have gone ahead and placed a "no index" instruction on this case. Once the instruction is implemented by the search engines, this case will be prevented from showing up in public search results accessing PacerMonitor. Since we have no control over how long it takes for the search engines to implement this change, I recommend contacting the search engines directly for more information

Please note, however, that even after a "no index" instruction is placed on a case, that case, and the information within it, remains publicly available through the Public Access to Court Electronic Records (PACER) service of the U.S. Courts. PacerMonitor does not own, or in any way control, the PACER service. PACER is a database maintained by the Administrative Office of the U.S. Courts

Please let me know if there's anything else I can do to help.

Parth
Client Support Specialist
www.pacermonitor.com
On Thu, Aug 6, 2026 at 2:40 PM UTC, Krestina Aziz <krestina.aziz@yahoo.com> wrote:
Thank you for the quick response...

https://www.pacermonitor.com/public/case/56050482/Aziz_v_Arcadis_US,_Inc

here's the link (see above). it's under the "parties" tab.

Also, how much is your membership and do you do any special discounts or free trials longer than the 14 days :)

On Thu, Aug 6, 2026 at 2:33 PM UTC, PacerMonitor Customer Support <support@pacermonitor.com> wrote:
Hello Krestina

Thank you for reaching out. Please provide me the direct link to the case and I will be more than happy to take a deeper look.

Parth
Client Support Specialist
www.pacermonitor.com
On Thu, Aug 6, 2026 at 2:29 PM UTC, Krestina Aziz <krestina.aziz@yahoo.com> wrote:
Hi Pacer,

I need you to please urgently remove the adress from your record that's associated with the Aziz V. Arcadis lawsuit.

Best Regards,

Krestina Aziz

9712857282

From: Krestina Aziz
2067 SW 34th st
Gresham OR
97080

9589 0710 5270 2698 6708 45

Retail

UNITED STATES POSTAL SERVICE

97204

RDC 99

U.S. POSTA
FCM LETTE
GRESHAM,
AUG 06, 202

$6.66

S2324D5027

To: Mark o Hatfield
1000 sw 3rd Ave
Portland oregon
97204

97204

ReadyPost®

Document Mailer

97204-340400